UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| BRADEN K. BREWER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:21-cv-00062-RLY-MPB ) |
| STATE FARM FIRE AND CASUALTY COMPANY, | ) ) ) |
| Defendant. | ) ) |

# FINAL JUDGMENT

The court, having granted Defendant's Motion for Summary Judgment, now enters final judgment in favor of Defendant and against Plaintiff.

**SO ORDERED** this 29th of November 2021.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Roger Sharpe, Clerk
United States District Court

_____
By: Deputy Clerk

Distributed Electronically to Registered Counsel of Record.